IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH RYAN | ) | No. 15 CV 9762 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Weisman |
| | ) | |
| THE CITY OF CHICAGO, | ) | |
| UNKNOWN CHICAGO POLICE OFFICERS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

Defendants City of Chicago, Ralph Mionskowski, Herman Lopez, and John Melendez, (collectively "Defendants"), by and through their attorneys, Jessica L. Griff and Mary Katherine McClelland, Assistant Corporation Counsels, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully request that this court grant summary judgment against the Plaintiff and for Defendants. In support of this motion, Defendants submit Defendants' Joint Memorandum of Law in Support of Summary Judgment, Defendants' Joint Local Rule 56.1 Statement of Undisputed Facts, and exhibits, which are incorporated herein by reference, and further state as follows:

1. Plaintiff Joseph Ryan ("Plaintiff") alleges unreasonable seizure, excessive force, illegal search of his vehicle, illegal search of person, violation of due process under the Fifth Amendment, and failure to intervene by Individual Defendants, and argues a claim for indemnification against Defendant City of Chicago. Defendants' Local Rule 56.1 Statement of Undisputed Material Fact ("SOF") ¶ 10.

2. On November 1, 2015, Plaintiff filed his original complaint against the City of Chicago

and "Unknown Officers", alleging malicious prosecution, unreasonable seizure, excessive force, failure to intervene, illegal search of vehicle, and illegal search of person. SOF ¶ 2. Plaintiff also pled an indemnification claim against the City of Chicago. *Id.*

3. Defendant City was served with Plaintiff's original complaint on February 10, 2016. SOF ¶ 5.

4. Plaintiff filed his Second Amended Complaint on April 18, 2017. SOF ¶ 7.

*5.* Plaintiff's Second Amended Complaint named Defendant Officers Mionskowski, Lopez, and Melendez for the first time on April 18, 2017. SOF ¶ 8.

6. Plaintiff filed his Third Amended Complaint on June 14, 2017. SOF ¶ 9.

7. Summary judgment should be granted in favor of Defendants Mionskowski, Lopez, and Melendez on Counts I, II, III, IV, V, and VI of the Third Amended Complaint, for the reasons stated in Defendants' Joint Memorandum of Law in Support of Summary Judgment—namely, that all claims are barred by the relevant statutes of limitations.

8. Summary judgment should be entered in favor of Defendant City of Chicago as to Plaintiff's claim for indemnification, because the facts and law support that the Individual Defendants are entitled to summary judgment as to Counts I, II, III, IV, V, and VI. Therefore, Defendant City cannot be held liable and summary judgment should be entered in favor of the City as to Count VII of Plaintiff's Third Amended Complaint.

9. Defendants hereby submit their Joint Statement of Undisputed Facts pursuant to Local Rule 56.1(a)(3) in support of their Motion for Summary Judgment. The undisputed facts demonstrate that Defendants are entitled to summary judgment in their favor, as stated herein. Plaintiff has failed to adduce any evidence upon which a reasonable jury could find that Defendants are liable for the claims identified above.

**WHEREFORE**, for the reasons set forth above and in Defendants' Joint Memorandum in support of this Motion, Defendants Mionskowski, Lopez, and Melendez respectfully request that this Honorable Court enter judgment in their favor as to all claims brought by Plaintiff in this civil action, and Defendant City of Chicago respectfully requests that this Honorable Court enter judgment in its favor as to Count VII.

**Dated: March 23, 2018**

Respectfully submitted,

*/s/Jessica L. Griff*_____

Jessica L. Griff
Assistant Corporation Counsel III
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle Street, Suite 900
Chicago, Illinois  60602
(312) 744-2826
(312) 744-6566 Fax
Jessica.Griff@cityofchicago.org
Atty No.6309134


*/s/Mary Katherine McClelland*_____

Mary Katherine McClelland
Assistant Corporation Counsel III
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle Street, Suite 900
Chicago, Illinois  60602
(312) 742-0333
(312) 744-6566 Fax
Kate.McClelland@cityofchicago.org
Atty No.6315564

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH RYAN | ) | No. 15 CV 9762 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Weisman |
| | ) | |
| THE CITY OF CHICAGO, | ) | |
| UNKNOWN CHICAGO POLICE OFFICERS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **Defendants' Joint Motion for Summary Judgment** was served using the CM/ECF system, which will send notification of such filing to counsel of record on this 23rd day of March 2018.

To: Jason Epstein
190 S. LaSalle, Ste. 2100
Chicago IL 60603
312-869-2603

By: */s/ Mary Katherine McClelland*
Mary Katherine McClelland
Assistant Corporation Counsel

4